JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LOVIE T. MATTHEWS, | ) | NO. CV 18-10038-DSF(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DEBBIE ASUNCION, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: April 22, 2021.

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE